## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Terry K. Breaux

Plaintiff(s),

vs.

Ti-Zack Concrete

Defendant(s).

Case No. _24-cv-3979 (JRT/DJF)_
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
    YES ___ NO ___

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

RECEIVED

OCT 2 1 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

| | |
|---|---|
| Name | Terry Breaux |
| Street Address | 2115 215 old 6th St. W. |
| County, City | Saint Paul MN — Ramsey Co |
| State & Zip Code | 55102 |
| Telephone Number | 612 434 7127 |

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name _Ti'- Zack Concrete Inc_

Street Address _39352 221ˢᵗ Ave_

County, City _Le Center MN_

State & Zip Code _56057_

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached: □**

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Question          ☑ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply. *179. 06 , 179.12(3) , 179.16, 176.82, 181.59, 572.09(6), etc.....*

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: *Terry Breaux*          State of Citizenship: *MN*

Defendant No. 1: *Ti-Zack Concrete Inc.* State of Citizenship: *MN*

Defendant No. 2:                          State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.**

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☑ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

G  Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.  *On Fri' 4 Aug. 2021*

Ti-Zack Concrete Supervisor Brain made a derogatory statement. He said I'm tired of you mother fucking "niggers".

Brain hired me as a Engineer Operator, paying me labor wager, and have me do hard manual labor work, unpaid lunch hours, and hostile work enviroment

I also have two state employers witness Supervisor Brain from Ti-Zack Concrete make some in-appropiate statments....

I reported this to my Union stewit, and then to Ti-Zack Concrete HR, who name was Jason.

I reported to Human Rights Dept.

And to Pept. of Labor And Industry

4

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Hold Ti-Zack Concrete Ive Accountable And settle this case I have notice of Right to sue letter from EEOC $55k I would like to settle for $250k

Date:

Signature of Plaintiff _____

Mailing Address _215 old 6th St. W. Saint Paul MN 55102 Apt # 532_

Telephone Number _612 434 7127_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5