UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry Breaux, | Civil No.: 24-cv-03979-JRT-DJF |
| Plaintiff, | |
| v. | **DECLARATION OF RYAN H. AHLBERG** |
| Ti-Zack Concrete Inc, | |
| Defendant. | |

*I, Ryan H. Ahlberg, hereby declare as follows:*

1. I currently represent the Plaintiff Terry Breux in the above-captioned action.

2. The parties are engaged in discovery. There are several outstanding discovery items to be completed by the current deadline of January 30, 2026, including Plaintiff's deposition (Currently January 14, 2026) and depositions of three of Defendant's officers/employees (Currently January 26, 2026 and January 28 or 29, 2026). Defendant also sent a deficiency letter on December 29, 2025.

3. On January 2, 2026 my 6 year-old son suffered a serious and debilitating oblique fracture of his distal tibia in a sports accident. He remains incapacitated and in need of 24/7 parental care, likely for two to three weeks.

4. My spouse has a diagnosed mental health disorder which requires me to be continuously present at home to care for my son.

5. I am therefore unable to further prosecute this case without a short stay of the

      proceedings (30-60 days).

6.     Plaintiff has not authorized me to seek a stay from either the Court or opposing counsel. Additionally, Plaintiff and I have other, fundamental disagreements about the prosecution of his claims.

7.     Under Local Rule 83.7 and the relevant rules of professional conduct, I therefore move to withdraw from representation of Plaintiff for good cause.

8.     I further believe Plaintiff should be afforded an opportunity to either obtain substitute counsel or proceed pro se and be granted leave and a continuance to proceed as he feels appropriate.

**PURSUANT TO THE LAWS OF THE UNITED STATES, I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: January 8, 2026                                                 */s/ Ryan H. Ahlberg*