**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TERRY K. BREAUX,

Civil No. 24-3979 (JRT/DJF)

Plaintiff,

v.

**ORDER ADOPTING IN PART REPORT**
**AND RECOMMENDATION**

TI-ZACK CONCRETE INC,

Defendant.

Terry K. Breaux, pro se Plaintiff; and

Ellen A. Brinkman, Erin S. Conlin, Lucas Bowerman, **GORDON REES SCULLY MANSUKHANI**, 80 South Eighth Street, Suite 3850, Minneapolis, MN 55402, for Defendant.

A Report and Recommendation (R&R) was issued by United States Magistrate Judge John F. Docherty dated May 4, 2026.  (Docket No. 66.)  No objections to the Report and Recommendation have been timely received.  Because the Court does not have current contact information for Plaintiff Terry K. Breaux, the Court will adopt the Report and Recommendation except to the extent it recommends dismissal with prejudice.[1]

Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

---

[1] Because the remaining claim will be dismissed without prejudice, Breaux may refile that claim.  The Court cautions Breaux that if he refiles his claim, he must provide the Court with a reliable means to communicate with him and be prepared to participate in reasonable discovery.

1.  The Report and Recommendation (Docket No. [66]) is **ADOPTED in part**;

2.  Defendant Ti-Zack Concrete Inc.'s Motion for Involuntary Dismissal (Docket No. [52]) is **GRANTED to the extent it seeks dismissal of this action**; and

3.  This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  June 1, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                      JOHN R. TUNHEIM
                                                     United States District Judge